In the UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHELSEY LUCAS**                                                    **PLAINTIFF**

v.                         Case No. 4:22-CV-878-KGB

**UNIVERSITY OF ARKANSAS**
**AT PINE BLUFF**                                                   **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff Chelsey Lucas, by and through her attorney Chris Burks of WH Law, and University of Arkansas at Pine Bluff, by and through its attorney David Curran of the University of Arkansas Office of the General Counsel, hereby submit the following for their Joint Stipulation of Dismissal with Prejudice:

1.      On December 23, 2022, Plaintiff filed her Complaint against Defendant.

2.      Plaintiff and Defendant, through their counsel, have communicated and Plaintiff now wishes to dismiss her complaint with prejudice.

3.      Fed. R. Civ. P. 41(a)(1)(A)(ii) allows a case to be dismissed by stipulation if signed by all parties who have appeared.

WHEREFORE, the parties respectfully request that the Court grant their Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and all other relief to which they may be entitled.

Respectfully submitted,

**CHELSEY LUCAS, PLAINTIFF**

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:    <u>Chris Burks</u> (ABN: 2010207)
chris@wh.law

AND

**UNIVERSITY OF ARKANSAS AT PINE BLUFF, DEFENDANT**

UNIVERSITY OF ARKANSAS
OFFICE OF THE GENERAL COUNSEL

By:    <u>David A. Curran</u>
David A. Curran (2003031)
Associate General Counsel
University of Arkansas System
2404 North University Avenue
Little Rock, AR  72207-3608
Telephone:  (501) 686-2536
dcurran@uasys.edu

*Attorney for Defendant*