IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHELSEY LUCAS**                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:22-cv-00878-KGB**

**UNIVERSITY OF ARKANSAS AT
PINE BLUFF**                                                                                               **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 10). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 10th day of October, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge